FILED
JUL 10 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
__Waco__ DIVISION

__Dameyon West__
(Enter your full name)
Plaintiff(s)

W17CA187

v.

__USA, Congress Corp.__
(Enter full name of each Defendant)
Defendant(s)

CASE NUMBER: _____
(To be supplied by Intake Deputy)

__28 1362__        COMPLAINT

1. First Paragraph (Name and Address of Plaintiff)

2. Second Paragraph (Name and Address(es) of Defendant(s))

3. Third Paragraph (Jurisdiction Plea). __Indian Appropriations Act 1871__
   __T.W.E.A "1917 Emergency Banking Relief Act__

4. Fourth Paragraph .... __Patriot Act 10-26-01 or "I.E.E.P.A" 10-28-1977__

5. Fifth Paragraph ... __I want my nationality, my birthright claims and liberties and my proper place of persons and commerce "Legal status" Naturalization Act 7-14-1870__

The final paragraph should contain a statement of the relief you are seeking. This __House of representatives resolution no 75__ paragraph should not be numbered.

_____
Signature
Name (Typed or Printed)
Address __2700 Woodrow Waco, TX 76708__
Telephone Number __254-733-6723__